THE STATE OF OHIO, APPELLEE, *v.* MASON, APPELLANT.

[Cite as *State v. Mason,* 105 Ohio St.3d 126, 2005-Ohio-791.]

(No. 2003–2146—Submitted February 16, 2005—Decided March 16, 2005.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. White*, 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

David H. Bodiker, State Public Defender, and T. Kenneth Lee, Assistant Public Defender, for appellant.